C-13-15(ECF)
(Rev. 3/04)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: Blair W. Elinoff | ) | |
| Hazel Joyce Elinoff | ) | **MOTION** |
| | ) | **CHAPTER 13** |
| | ) | |
| | ) | No: B-<u>10-80384</u> C-13D |
| Debtor(s) | ) | |

The undersigned Standing Trustee respectfully moves the Court for a hearing on the following:

The Debtors filed a Chapter 13 Petition on March 4, 2010. The Debtors' §341 meeting was scheduled for April 16, 2010. The Debtors failed to appear.

The Standing Trustee respectfully recommends to the Court that the Debtors be dismissed from the Plan for failure to appear at the scheduled §341 meeting.

Date: May 6, 2010  s/Richard M. Hutson, II
RMH:ltp  Standing Trustee

---------------------------------------------------------------------------------------------------------------------------------------
-

**NOTICE TO INTERESTED PARTIES OF HEARING ON MOTION**

You are notified that the foregoing matter will be heard before this Court at the Courtroom, Venable Center, Dibrell Building, Suite C280, 302 East Pettigrew Street, Durham, NC, on **June 24, 2010**, at 12:00 p.m.; at which time you may appear and offer your evidence. If you fail to appear, the motion may be taken as true and an Order entered accordingly.

Date: May 6, 2010  OFFICE OF THE CLERK
 U.S. Bankruptcy Court

<u>PARTIES TO BE SERVED</u>
PAGE 1 OF 1
10-80384 C-13D

Blair W. Elinoff
Hazel Joyce Elinoff
24284 Nohe Street
Corona, CA

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702