# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 10−80384

IN THE MATTER OF:
Blair W Elinoff     xxx−xx−0818
Hazel Joyce Elinoff     xxx−xx−4550
24284 Nohe Street
Corona, CA 92883

    Debtor(s)

TO THE DEBTOR, CREDITOR AND ALL OTHER PARTIES IN INTEREST:

PLEASE TAKE NOTICE THAT a hearing will be held at:

Courtroom − Venable Center, Dibrell Building − Suite 280, 302 East Pettigrew Street, Durham, NC 27701

on 6/24/10 at 11:00 AM

to consider and act upon the following:

Amended Motion for Relief From Stay regarding 4 Thornblade Court, Durham, NC.,or in the alternative Motion for Adequate Protection. Filed by Creditor MorEquity, Inc.by and through counsel Sarah Miranda.

Dated: 6/10/10                                                                                                       OFFICE OF THE CLERK/ gpl

To Enter a Federal Court Facility you must present **a valid State or Federal photo ID.** (i.e. Drivers License, etc.)

For security purposes the following is a list of items that **will not be allowed** into a Federal Court Facility:

Firearms, stun guns, mace or pepper spray, knives, box cutters, razors, or any cutting devices of any kind; cameras: to include any device having the photographic capability i.e., cell phones with camera features, personal organizers with camera features; and any device having recording or transmitting capabilities: to include tape recorders, digital recorders, wireless microphones, push to talk cell phones, hand held or two way radios or similar radio communication devices.