## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Blair W. Elinoff        SS# xxx-xx-0818     )
       Hazel Joyce Elinoff     SS# xxx-xx-4550     )
                                        )
                                        )    No: B-10-80384 C-13D
       Debtors                             )

## ORDER

This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to allow the Internal Revenue Service ("IRS") a claim in the amount of $101,216.80 for 2003 through 2009 taxes and penalties  and there being no filed objection to the Motion within the time period set forth in the Notice issued on January 25, 2011 by the Clerk of Court setting March 7, 2011 as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore, it is ORDERED

1.  The IRS is allowed a secured claim of $11,364.00 with interest at the rate of 4% per annum payable in monthly installments of $220.00.

2.  The IRS is allowed and unsecured priority claim of $25,134.25 to be paid pro rata per month without interest.

3.  The IRS is allowed an unsecured general claim of $64,718.55.

Blair W. Elinoff
Hazel Joyce Elinoff
24284 Nohe Street
Corona, CA 92883

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
PO Box 3613
Durham, NC 27702

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

U S Attorney
PO Box 1858
Greensboro, NC 27402